UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEE BATES** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-51** |
| **TRANSUNION LLC** | **SECTION I** |

## ORDER

Considering the unopposed motion[1] to dismiss pursuant to Rule 12(b)(5) filed by defendant, Trans Union LLC,

**IT IS ORDERED** that plaintiff's claim against defendant, Trans Union LLC, only, is **DISMISSED WITHOUT PREJUDICE** for failure to properly serve defendant.

New Orleans, Louisiana, May 10, 2011.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 7.