UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LEE BATES**                                                                    **CIVIL ACTION**

**VERSUS**                                                                        **NO. 11-51**

**TRANSUNION LLC, ET AL.**                                              **SECTION I**

### ORDER

Considering the stipulation[1] of dismissal without prejudice,

**IT IS ORDERED** that all claims of plaintiff, Lee Bates, against defendant, Equifax Information Services LLC, are **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, August 30, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 22.