UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEE BATES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-51** |
| **TRANSUNION LLC, ET AL.** | **SECTION I** |

### ORDER

Considering the stipulation[1] of dismissal with prejudice,

**IT IS ORDERED** that all claims of plaintiff, Lee Bates, against defendant, Experian Information Solutions, Inc., are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, February 6, 2012.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 30.